IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JOSHUA D. ROGERS,

      Petitioner,

v.

      Case No.  5D23-1860
      LT Case No. 2017-CF-7940

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed August 4, 2023

Petition for Belated Appeal,
A Case of Original Jurisdiction.

Joshua D. Rogers, Cross City, pro se.

Ashley Moody, Attorney General, and Darcy Townsend, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the December 21, 2022 order denying motion for postconviction relief filed in

Case No. 2017-CF-7940, Fourth Judicial Circuit, Duval County, Florida.

See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

WALLIS, LAMBERT and HARRIS, JJ., concur.